UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 1:24-cv-10660-AK

****************************

VOLKAN TURGUT, ET AL., *

Plaintiff *

v. *

HITACHI RAIL STS USA, INC., *

Defendant *

****************************

DEPOSITION OF: EDGARDO MORALES

Conducted Remotely

Wharton, New Jersey

April 27, 2026 10:03 a.m.

Kristen M. Edwards

Court Reporter

withheld.

Q. I think you described two ways in which hard negotiable checks for work either ADP sent them directly to the employee or they sent them to the employer to send to the employee, correct?

A. Correct.

Q. And how did Hitachi Rail deal with sending hard negotiable checks to their employees; did ADP do that or did Hitachi Rail do that?

A. I don't know if we sent live to employee or to the client.

Q. Okay. Do you know how long Hitachi Rail has been a client of ADPs?

A. This particular company code has started with ADP in 2010.

Q. When you say "company code," what do you mean?

A. So ADP provides clients with ADP identifiers. So we have a company code as an ADP internal identifier between the client and ADP, and a client can have multiple company codes. It could be either the same ID number, same FED ID number or multiple FED ID numbers have different

company codes.

Q. And when we talk about the company code of Hitachi Rail, do you recall what that is, sir?

A. Yes, 6JC. That's 6, J as in John and C as in Charlie.

Q. And who assigns that 6JC or the company code?

A. I believe it's a system defined or system automated company code.

Q. Does ADP make any decisions regarding Hitachi Rail SDS's payroll process?

A. No.

Q. So does ADP play any role in deciding Hitachi Rail STS USA's payroll periods?

A. No.

Q. Does ADP play any role in determining Hitachi Rail STS USA's pay dates?

A. No.

Q. How are payroll periods determined with respect to Hitachi Rail and its use of ADP's payroll processing system?

A. Clients would instruct ADP on what their pay dates are, period endings, start dates

it would consist of.

Q. How do they communicate that information to ADP?

A. Joint implementation, which is the startup of the company with ADP. They are provided an interview -- like a tool. So it's depending on when they start, they may have developed since then, but they use a welcome center tool and it goes through an interview process asking clients information about their company code, what type of deductions, what codes they use. When it comes to the dates, it'll ask the clients to provide what their frequency of pay would be. They would ask them for their period end date. They would ask them for number of days and period. They would ask for an input date, an output date and a pay date.

In addition to those dates, it will ask if any of the dates fall within a holiday, whether it be a federal holiday or a client defined holiday. It will ask how would they like to approach those holidays. Would they like to bump the day on one day ahead or one day forward, not limited to one day but how would they like to

process that adjustment within Workforce Now -- within ADP's system, so whether they want it to go up a day or forward a day.

Q. And you say those -- go ahead.

A. They will give a start date, and the system would project the remaining schedules based off of those dates.

Q. And that schedule remains consistent until and unless it's changed by, in this case, Hitachi Rail, correct?

A. That is correct. Hitachi has the access to make the change within the Workforce Now program or if they need to make a change for a period of time, they can request like a project be submitted to ADP.

Q. So at any time Hitachi Rail has the option to go into the Workforce Now system and change its payroll periods and pay dates, correct?

A. Correct.

Q. And, alternatively, they could just have a conversation with an ADP representative and submit a project to change payroll dates and pay dates, correct?

A. Correct.

that checks will be sent to either Hitachi's office or sent to the post office for mailing to the employees' addresses. Output was also available for when payroll completed payroll reports are available to the client for viewing.

Q. Does output have anything to do with direct deposits?

A. No.

Q. And then you also say that there is a pay date, correct?

A. Correct.

Q. What is the pay date?

A. Pay date is the date that ADP is responsible to have moneys available to the employees via direct deposit or available for live check and also check date -- the check date on the check.

Q. And does ADP strive to have those funds made available to the employees earlier?

A. Earlier, no. Our goal is to have that money available on the pay date.

Q. And when you say "pay date," that's the date that is listed on pay stubs and kind of all of the documents that ADP has submitted in

this case, correct?
A. That is correct.
Q. And that is the date that ADP sends to banks to tell them to make the funds available to employees; is that right?
A. That is the date that our agreement with the banks is for the money to be available, yes.
Q. So ADP has a separate agreement with banks?
A. I don't think it's a separate agreement. When we send our information to the bank, that's the date that we want the money to be posted by.
Q. Okay. So that's the date that you want the money into the account.
A. Correct.
Q. That's what the pay date is.
A. Correct.
Q. And a specific instruction is given from ADP to the bank to make sure that the funds are available on the pay date, correct?
A. Correct.
Q. And not before the pay date,

correct?

A. That would be up to the individual bank. That is not -- posting any earlier is not an ADP decision.

Q. Right. And we know already that the employer made the decision to set the pay date within the ADP system, correct?

A. Correct.

Q. So when a pay date is listed on a pay stub, that pay date identifies the day on which the employer instructed the funds to be made available to the employee; is that right?

A. Yes.

Q. Likewise, on any pay stub when there's a pay period ending on a particular date, that's the date that the employer chose to end that particular pay period, correct?

A. Yes.

Q. Does ADP send funds to banks with particular instructions upon which date the funds are to be made available?

A. Yes.

Q. And that is the pay date and the pay date only, correct?

A. Pay date, check date is also used in our banking tool.
Q. Is check date and pay date synonymous; is it the same thing?
A. Yes.
Q. So within the Workforce Now system, there should be an entry where Hitachi Rail has entered its pay dates, correct?
A. Yes.
Q. And if Hitachi Rail decided to change its pay date at any period in time, there would be a record of that change being made within the Workforce Now system, correct?
A. Yes.
Q. And when employers put information into the Workforce Now system, are they required to kind of go through a confirmation screen or make some signature saying that this is the change we want to do and confirm it?
A. Can you repeat that question for me, please?
Q. Yeah. Is there a confirmation process relating to changes being made within the Workforce Now system?

Q. And do you know what the ticket says?

A. It provides us -- it has an attachment that has the actual schedule that they like to follow for 2026. I don't think -- I believe it's some part of 2026. So they didn't start for the beginning of the year.

Q. Is that the only change that you know of?

A. That was the only change that I saw, yes.

Q. Do you know how ADP sends money to banks; is it ACH or wire?

A. So ADP has -- there's a method. So there's an ACH method. There's the reverse wire method, and there's a direct wire method.

Q. And do you know what method they use relating to Hitachi Rail STS?

A. From what I've seen in the documentation, it looks like they had a high liability. So they would be required to have reverse wire.

Q. What does reverse wire mean?

A. Reverse wire is ADP initiates a wire

transfer from Hitachi's business account, doing business account where we send information to the bank asking the wire be sent back to ADP versus an ACH method, which is almost similar but it's more automated. There's not a wire confirmation per se.

Q. So when you say "reverse wire," can you just explain that to me one more time to the best of your understanding?

A. Yes. So for reverse wire, we get confirmation from the bank that we received the money before ADP sends money to the employees' bank accounts or to their banks.

Q. Okay.

A. When we do ACH, it's more of we request money. We request the money for the liability of the payroll, and we wait to get confirmation of it. With reverse wire, it's more -- it's more we reach out to the bank. We wait for the bank to give us a response, and then we release the money out to the employees' individual, you know, we send a tape out to the employees' financial institutes to make payment by check date, pay date.

Q. And that's you said because this is, I think, you said a high liability company?

A. Yes. So ADP has thresholds for our banking system, and I can't say every single payroll processing but majority of their processing are over that threshold for ACH.

Q. And that reverse wire refers to the money going from Hitachi Rail's accounts into ADP's accounts, right, that reverse wire?

A. From Hitachi to ADP's accounts, yes.

Q. And then from ADP to the individuals' banks, that's an ACH; is that right?

A. I believe so, yes.

Q. Is part of the service that ADP offers Hitachi Rail advising them on setting appropriate payroll timing schedules?

A. Can you clarify the timing schedules?

Q. Yes. I mean, does ADP give advice to Hitachi about setting its pay dates as compared to its pay periods?

MS. SHAW: Object to the form. You can answer the question.

THE WITNESS: We don't give advice

on the pay dates and period endings. What we do give advice is how long -- if their pay date is -- on a pay date, we want them to process two days prior to pay date.
That is just general information that we give to clients when processing payroll.
Q. (By Mr. LeBlanc) So no advice is given like this is what your pay date should be. It's just we want you guys to make sure that you have -- everything is processable with two days available.
A. Yes.
Q. And from there, ADP relies upon Hitachi to make its decisions as to what the pay dates would ultimately be, correct?
A. Yes.
Q. When the reverse wire of Hitachi Rail's bank accounts goes to ADP, does ADP then hold the money in its own accounts until it starts the second ACH process?
A. I guess depending on how in advance they process payroll. But, again, if they're processing payroll within two days of the pay date, I don't believe ADP would be holding the

money in order to get the funds available to the employees' account for pay date.

Q. I'm going to put the next document in front of you.

MR. LEBLANC: I'm going to mark it Exhibit 2.

(Exhibit 2, Earning Statement, marked)

Q. (By Mr. LeBlanc) Mr. Morales, can you see this document?

A. Yes, I can.

Q. And you'll see what I marked as Exhibit 2 for the record is HRSTS002480. And Mr. Morales, do you recognize this document generally?

A. Yes.

Q. And what is it?

A. It's a pay statement, an employee pay statement.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

A. Yes.

MR. LEBLANC: If I could take a five-minute break, I may be done. I'll be back in five minutes.

(A recess was taken from 11:41 a.m. to 11:47 a.m.)

MR. LEBLANC: Mr. Morales, thank you very much. At this time and subject to defendant's counsel's cross-examination, I have nothing further for you.

THE WITNESS: Thank you.

EXAMINATION BY MR. KUNDU:

Q. Thank you, Mr. Morales. My name is

Sudip Kundu. I represent the defendant, Hitachi Rail, in this case. I just have a few questions. I will try to go quickly as I do appreciate your time today.

In your testimony this morning, you briefly mentioned individual banks. So my question is: Is the pay date that you have been talking about the earliest date by which a bank can make Hitachi Rail wages available to an employee?

A. That is the date that ADP has sent to the individual banks for payments to be made available.

Q. So my question is: Is the pay date you've been talking about the earliest date by which a bank can make Hitachi Rail wages available?

MR. LEBLANC: Objection.

Q. (By Mr. Kundu) You can answer it.

A. So the bank could release the funds earlier, but ADP's instruction was to release those funds on the pay date.

Q. How do you know that a bank can release the funds earlier?

A. Just based off experience dealing with clients. In past experiences, we have been told that funds have been made available prior to pay date.

Q. So let me ask you. Does ADP know whether, for example, Citizens Bank makes the Hitachi Rail wages available to Hitachi Rail employees only on the ADP pay date?

A. Do ADP associates know this?

Q. Right.

A. No.

Q. Does ADP have any knowledge about when any bank makes Hitachi Rail wages available to employees?

A. Earlier than the pay date, no.

Q. As far as you know, did Hitachi Rail ever tell ADP to not allow banks to make wages available to employees before the pay date?

A. No.

Q. You were shown an unredacted bank statement from Charles Schwab. Do you remember that?

A. Yes.

Q. Do you work for Charles Schwab?

ADP's goal is to have money available on the pay date. Do you recall that?

A. Yes.

Q. And so by goal, do you mean the pay date is more of a deadline?

A. Yes.

Q. Now, for the company code 6JC, is ADP's payroll process the same across this company code?

A. Can you repeat that question? Sorry.

Q. Sure. For the company code 6JC, is ADP's payroll process the same for this code?

A. Yes.

Q. Do you know if there is anything unique about the payroll process for employees in Massachusetts for code 6JC?

A. No.

Q. Now, I know there was some testimony about needing 48 hours to process payroll. When does that 48-hour clock start?

MR. LEBLANC: Objection.

Q. (By Mr. Kundu) Well, I guess, is it fair to say the 48-hour clock starts from when, in

(A recess was taken from 12:06 p.m. to 12:08 p.m.)

MR. KUNDU: Mr. Morales, I don't have any further questions at this time obviously subject to any further questions from Mr. LeBlanc.

MR. LEBLANC: I will be very brief, sir.

FURTHER EXAMINATION BY MR. LEBLANC:

Q. You spoke with Attorney Kundu briefly about this idea of banks making funds available prior to the pay date. Do you recall that testimony?

A. Yes.

Q. Do you have any knowledge whatsoever whether or not banks are actually making funds available prior to the check date?

A. No.

Q. And would you agree with me that you're not in the banking industry?

A. No.

Q. So you have no knowledge as to whether or not funds are actually arriving or just information relating to funds are arriving to the bank?

A. I do not have any knowledge of that.

Q. You have no knowledge of any banking policies, procedures, anything else that would give rise to you being able to accurately answer any questions about when funds actually arrive into a bank account, correct?

A. Correct, yes.

Q. Now, Attorney Kundu spoke to you and said, I believe, to you that the pay date or check date was a goal and asked if you would agree that we could call it a deadline for the pay date. Do you recall that?

A. Yes.

Q. Would you agree with me it's less of a goal, less of a deadline and more of an actual instruction sent by Hitachi Rail to ADP to pass onto the bank relating to the availability of funds?

A. Yes.

Q. So it wasn't a -- Hitachi is not telling ADP this is your goal, get it there. They're saying this is the date that we want the funds to arrive, correct?

A. Yes.

Q. So they're not saying please send them earlier if you can.

A. Yes, that is correct. That's the date that -- that Hitachi has instructed us to make the funds available to the employee.

[redacted]

[redacted]

[redacted]

Q. And I just want to clarify because, I think, when Attorney Kundu asked you what was on the tape, I think you indicated employee name, bank account, routing information and amount of money, correct?

A. Correct. I don't think name is on the tape itself. It's the account number and the amount of the direct deposit.

Q. Is the pay date or the check date on the tape?

A. Yes.

Q. Based on the instruction given specifically by Hitachi on which day the funds should be made available to employees?

A. Yes.

MR. LEBLANC: Again, subject to further cross by Attorney Kundu, I have no