# EXHIBIT 35

## REDACTED

## Transaction Detail

The details of this transaction are listed below.

### Transaction Information

| | |
|---|---|
| Account Number: | [redacted] |
| Reference Number: | |
| Description: | HITACHI RAIL S.T DIRECT DEP 240404~ Tran: ACHDD |
| Data Item: | |
| Old Value: | |
| New Value: | |
| Posting Date: | 04/03/2024 |
| Posting Time: | Wed Apr 03 02:44:13 EDT 2024 |
| User ID: | [redacted] |
| Transaction Comment: | HITACHI RAIL S.T DIRECT DEP 240404~ Tran: ACHDD |